AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-MJ-00034 |
| Aaron Mostofsky | ) Assigned to: Judge Zia M. Faruqui |
| DOB: XXXXXXXXXX | ) Assigned Date: 1/11/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 641 | Theft of Government Property (Felony) |
| 18 U.S.C. 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. 1752(a)(2) | Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds; |
| 40 U.S.C. 5104(e)(2)(D), (G) | Unlawful entry and disorderly conduct. |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Attard, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/11/2021

*Judge's signature*

City and state:  Washington, DC     ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*